

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

JUL 28 2020

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____DEPUTY

Darron Fair,
Plaintiff,

Vs.

Case No. CIV-20-741-SLP

1) Director of Oklahoma Department of Corrections Scott Crow,
2) Warden of Northeast Oklahoma Correctional Center Casey Hamilton,
3) Officer Blackward,
4) Officer Albert Everett,
5) Crystal Wise,
6) Kim Palmer,
7) Sgt. Greene,
8) Lt. Gole,
9) Sgt. Jordan,

## COMPLAINT

I. **Jurisdiction is asserted pursuant to :**

X 42 U.S.C section 1983 and 28 U.S.C section 1343 (a)(3) (NOTE: these provisions generally apply to state prisoners), or

___ Bivens v. Six Unkown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971), and 28 U.S.C. section 1331 (NOTE: these provisions generally apply to federal prisoners)

X Jurisdiction also is invoked pursuant to U.S.C. section 1343 (a) (3). 8th, 14th Amendments of The United States Constitution

II. **State whether you are a:**
   X Convicted and sentenced state prisoner
   _ Convicted and sentenced federal prisoner
   _ Pretrial detainee
   _ Immigration detainee
   _ Civilly committed detainee
   _ Other

III. **Previous Federal Civil Actions or Appeals**
   List each civil action or appeal you have brought in a federal court while you were incarcerated or detained in any facility.
   1. Prior Civil Action/ Appeal No.1
      a) Parties to Previous lawsuit:

         Plaintiff(s): None

         Defendants(s): None

      b) Court and docket number: None

      c) Approximate date of filing: None

      d) Issues raised: None

      e) Disposition (for example: Did you win? Was the case dismissed? Was summary judgment entered against you? Is the cas still pending? Did you appeal?):
         None
      f) Approximate date of disposition:
         None

IV. **Parties to Current Lawsuit**
   1. Plaintiff
      Name anad any aliases: Darron Fair
      Address: Joseph Harp Correctional Center – P.O.Box 548 Lexington, oklahoma - 73051
      Inmate No.: 667614

   2. Defendant No. 2
      Name and official position: Scott Crow – Director
      Place of employment and/ or residence: Oklahoma Department of Corrections

How is this person sued? ( ) official capacity, ( ) individual capacity, (X) both

3. Defendant No. 3
   Name and official position: Casey Hamilton - Warden
   Place of employment and/ or residence: Northeast Oklahoma Correctional Center
   How is this person sued? ( ) official capacity, ( ) individual capacity, (X) both

4. Defendant No. 4
   Name and official position: Blackward – Transportation Officer
   Place of employment and/ or residence: Oklahoma Department of Corrections
   How is this person sued? ( ) official capacity, ( ) individual capacity, (X) both

5. Defendant No. 5
   Name and official position: Albert Everett – Property Officer
   Place of employment and/ or residence: Northeast Oklahoma Correctional Center
   How is this person sued? ( ) official capacity, ( ) individual capacity, (X) both

6. Defendant No. 6
   Name and official position: Crystal Wise – Warden's Designee
   Place of employment and/ or residence: Northeast Oklahoma Correctional Center
   How is this person sued? ( ) official capacity, ( ) individual capacity, (X) both

7. Defendant No. 7
   Name and official position: Kim Palmer – Case Manager
   Place of employment and/ or residence: Northeast Oklahoma Correctional Center
   How is this person sued? ( ) official capacity, ( ) individual capacity, (X) both

8. Defendant No. 8
   Name and official position: Jordan – Sgt. Unit Supervisor
   Place of employment and/ or residence: Northeast Oklahoma Correctional Center
   How is this person sued? ( ) official capacity, ( ) individual capacity, (X) both

9. Defendant No. 9
   Name and official position: Gole – Lt. Shift Supervisor
   Place of employment and/ or residence: Northeast Oklahoma Correctional Center
   How is this person sued? ( ) official capacity, ( ) individual capacity, (X) both

10. Defendant No. 10

   Name and official position: <u>Greene – Sgt. Security Threat Group (STG) Administrator</u>
   Place of employment and/ or residence: <u>Northeast Oklahoma Correctional Center</u>
   How is this person sued? ( ) official capacity, ( ) individual capacity, (X) both

## V.   Cause of Action \ Nature of Case

1) I allege that the following of my Constitutional Rights, Privileges or immunities have been violated and that the following facts form the basis for my allegations: Plaintiff entered Northeast Oklahoma Correctional Center on or about 7\30\17 where he was assigned to Unit 4 – Wing 3. About 3 years of being assigned to Unit 4 - Wing 3, the administration began moving gang members to the Unit. Plaintiff advised the Unit Treatment Team by way of his Case Manager, <u>Defendant Kim Palmer</u>, and Unit Supervisor <u>Defedant Sgt. Jordan</u>, that he was not a gang member and requested that he be assigned to a Unit not designated fo gang members or "trouble makers". Inmates in general population have been exposed to substantial risk of serious inmate on inmate violence. This substantial risk of serious harm has several causes, <u>Defendants Sgt. Greene</u>, <u>Scott Crow</u>, <u>Lt. Gole</u>, <u>Casey Hamilton,</u> and <u>Crystal Wise,</u> do not segregate mentally ill persons and members of rival gangs and general population inmates are housed and allowed to trespass in and on units on which they are not assigned, and they are forced to eat, shower, and exercise together. Inmates who threaten or even attack other inmates are not isolated or properly disciplined. Northeast Oklahoma Correctional Center is grossly under-staffed. At times there is only one guard on duty to supervise and control the 200 or more inmates in a unit. Defendants <u>Scott Crow,</u> <u>Casey Hamilton,</u> <u>Lt. Gole</u> and <u>Crystal Wise</u> do not provide for adequate staff at the Northeast Correctional Center, and they do not properly train the guards whom they hire to supervise inmates living areas, discipline inmates who misbehave, or respond to emergencies like inmate assults. Defendants <u>Scott Crow</u> and <u>Casey Hamilton</u> have failed to implement adequate weapon control policies. As a result, inmates at Northeast Correctional Center have been able to threaten, assault and batter other inmates with weapons. Defendants <u>Scott Crow</u> and <u>Casey Hamilton</u> failed to implement adequate gang identification policies and as a result Plaintiff was mis-classified by the Security Threat Group Officer, <u>Sgt. Greene</u> as a "Crip" with such misclassification being entered into Plaintiff's Jacket (files). Defendants <u>Scott Crow</u> and <u>Casey Hamilton</u> failed to implement adequate packing, inventorying, storage and securing bulk Plaintiff's personal property, and as a result Defendants <u>Blackward</u> and <u>Albert Everett</u> failed to pack, inventory, store and

secure Plaintiff's property and transfer Plaintiff's property to him once he was transferred.

## Claims

1. **Claim 1:**
    1) List the right that you believe was violated: The deliberate indifference to the Substantial risk of serious inmate on inmate violence violated Plaintiff's rights and Constituted cruel and unusual punishment under the 8th Amendment to the United States Constitution.

    2) List the defendant(s) to this claim: (If you have sued more than one defendant, specify each person or entity that is a defendant for this particular claim.) Defedants Scott Crow, who is the Director of the Department of Corrections, and Defendant Casey Hamilton, who is the Warden of Northeast Oklahoma Correctional Center.

    3) List the supporting facts: Defendants Scott Crow and Casey Hamilton failed to implement policies and adcquate "Gang" and "Security Threat Group" identification and classification policies. This failure by these defendants resulted in Plaintiff being mis-identified and mis-classified as a "Crip" gang member and causing Plaintiff to be targeted by gang members fo violence and eventually attacked.

    4) Relief requested: (State briefly exactly what you want the court to do for you.) I believe that I am entitled to the following Relief:
        a) A declaration that the acts and omissions described herein violated Plaintiff's Rights under the Constitution and laws of the United States.
        b) Compesatory damages in the the amount of $150,000 against each Defendant, jointly and severally.
        c) Punitive damages in the amount of $500,000 against each Defendant.
        d) A jury on all issues triable by Jury.
        e) Plaintiff's costs in this Suit.
        f) Any additional relief this Court deems just, proper, and equitable.

2. **Claim 2:**
    1) List the right that you believe was violated: The deliberate indifference to the Substantial risk of serious inmate on inmate violence violated Plaintiff's rights

and Constituted cruel and unusual punishment under the 8th Amendment to the United States Constitution.

2) List the defendant(s) to this claim: (If you have sued more than one defendant, specify each person or entity that is a defendant for this particular claim.) Defendant Sgt. Greene, who is the assigned Security Threat Group Officer at Northeast Oklahoma Correctional Center

3) List the supporting facts: Defendant Sgt. Greene, who is the assigned Security Threat Group Officer mis-identified and mis-classified Plaintiff as a member of the "Crip Gang".. This Defendant was made aware and had actual knowledge that Plaintiff was not a gang member of any kind, but caused such mis-identification and mis-classification to be entered into Plaintiff's files for Department of Corrections Classification. This mis-identification and mis-classification being entered into Plaintiff's Department of Corrections files resulted in Plaintiff being assessed as a member of a Security Threat Group (Crip Gang) causing Plaintiff to be targeted by gang members for violence and eventually attacked, beatened and robbed.

4) Relief requested: (State briefly exactly what you want the court to do for you.) I believe that I am entitled to the following Relief:
   a) A declaration that the acts and omissions described herein violated Plaintiff's Rights under the Constitution and laws of the United States.
   b) Compesatory damages in the the amount of $150,000 against each Defendant, jointly and severally.
   c) Punitive damages in the amount of $500,000 against each Defendant.
   d) A jury on all issues triable by Jury.
   e) Plaintiff's costs in this Suit.
   f) Any additional relief this Court deems just, proper, and equitable

3. **Claim 3:**
1) List the right that you believe was violated: The deliberate indifference to the Substantial risk of serious inmate on inmate violence violated Plaintiff's rights and Constituted cruel and unusual punishment under the 8th Amendment to the United States Constitution.

2) List the defendant(s) to this claim: (If you have sued more than one defendant, specify each person or entity that is a defendant for this particular claim.) Defendants Kim Palmer, who is the Case Manager of Plantiff's and Defendant Sgt. Jordan, who is the Unit Shift Supervisor

3) List the supporting facts: Defendants Kim Palmer, who was tha Case Manager of the Plaintiff's, and Defendant Sgt. Jordan, who was assigned as the unit Sgt. Supervisor were made aware and had actual knowledge that Plaintiff was not a gang member of any kind. Plaintiff requested of these defendants that the mis-identification and mis-classification of Plaintiff as a Crip and Gang member be removed from his files. In total diregard and with deliberate indifference these defendants failed to correct the mis-identification and mis-classification of Plaintiff and resulting in Plaintiff being targeted for violence and attacks and to be beatened and robbed.

4) Relief requested: (State briefly exactly what you want the court to do for you.) I believe that I am entitled to the following Relief:
   a) A declaration that the acts and omissions described herein violated Plaintiff's Rights under the Constitution and laws of the United States.
   b) Compesatory damages in the the amount of $150,000 against each Defendant, jointly and severally.
   c) Punitive damages in the amount of $500,000 against each Defendant.
   d) A jury on all issues triable by Jury.
   e) Plaintiff's costs in this Suit.
   f) Any additional relief this Court deems just, proper, and equitable

4. **Claim 4:**
   1) List the right that you believe was violated: The deliberate indifference to the Substantial risk of serious inmate on inmate violence violated Plaintiff's rights and Constituted cruel and unusual punishment under the 8th Amendment to the United States Constitution.

   2) List the defendant(s) to this claim: (If you have sued more than one defendant, specify each person or entity that is a defendant for this particular claim.) Defendants Scott Crow, who is the Director of the Oklahoma Department of Corrections, Defendant Casey Hamilton who is the Warden of Northeast Oklahoma Correctional Center, Defendant Crystal Wise, who is the Warden Designee, and Defendant Lt. Gole, who was the shift supervisor.

3) List the supporting facts: Defendants Scott Crow, who is the Director of the Oklahoma Department of Corrections, Defendant Casey Hamilton who is the Warden of Northeast Oklahoma Correctional Center, Defendant Crystal Wise, who is the Warden Designee, and Defendant Lt. Gole, who was the shift supervisor, all failed to segregate active and violent gang members and members of Security Threat Groups from general population inmates, failed to prevent violent gang members and members of Security Threat Groups from trespassing in and on units which they are not assigned to. These Defendants failed adequately to staff Northeast Correctional Center where more than one Correctional Officer can be assigned on duty to supervise and control the 200 or more inmates in a unit. As a result of these failures, on September 13th, 2019 between 4pm and 6pm, and again on September 14th, 2019 between 1pm and 2pm, Plaintiff was assaulted, beaten, and robbed by gang members who were not assigned to Plaintiff's assigned unit and who had illegally trespassed with no interference by staff. Plaintiff suffered significant injuries and had been robbed of a significant amount of his property.

4) Relief requested: (State briefly exactly what you want the court to do for you.) I believe that I am entitled to the following Relief:
   a) A declaration that the acts and omissions described herein violated Plaintiff's Rights under the Constitution and laws of the United States.
   b) Compesatory damages in the the amount of $150,000 against each defendant, jointly and severally.
   c) Punitive damages in the amount of $500,000 against each Defendant.
   d) A jury on all issues triable by Jury.
   e) Plaintiff's costs in this Suit.
   f) Any additional relief this Court deems just, proper, and equitable

5. Claim 5:
   1) List the right that you believe was violated: The deliberate indifference to the substantial risk of serious inmate on inmate violence violated Plaintiff's rights and constituted cruel and unusual punishment under the 8th Amendment to the United States Constitution and denial of Due Process under the 14th Amendment to the United States Constitution.

2) List the defendant(s) to this claim: (If you have sued more than one defendant, specify each person or entity that is a defendant for this particular claim.) <u>Defendants Sgt. Jordan, Unit Supervisor, Defendant Lt. Gole, Shift Supervisor, Defendant Scott Crow, Director of Oklahoma Department of Corrections, Defendant Officer Albertt Everett, Property Officer for Northeast Oklahoma Correctional Center, Defendant Officer Blackward, CTU Officer.</u>

3) List the supporting facts: <u>On September 13th, 2019 and on September 14th, 2019, Plaintiff was assaulted and attacked by a number of gang members. They were armed with shanks and beat Plaintiff, tried to stab him continually and robbed Plaintiff of a number of items totalling approximately $1,598.00. The attack lasted about 5 minutes until Plaintiff was able to escape and get to the Unit Supervisor Sgt. Jordan. Plaintiff was then placed in handcuffs and finally escorted to central where Defendant Lt.Gole took photos of Plaintiff's injuries. Plaintiff was then placed in SHU pending Investigation and where Plaintiff learned that he was still listed on the "Gang Database Sheet as a 'Crip'." On November 5th, 2019, Plaintiff was transferred from Northeast Oklahoma Correctional Center, still listed as a "Crip" in his Oklahoma Department of Corrections files. While in SHU, Plaintiff's property and personals was packed and placed in bulk inmate personal property. Defendants Scott Crow and Casey Hamilton failed to implment adequate Policies and practices fo retrieving property stolen or robbed from inmates by inmates, failed to implement adequate packing, inventorying, storage and securing bulk inmate personal property, and as a result Defendants Albert Everett, who was the property Officer, and Officer Blackward, who was the CTU Officer failed to retrieve, pack, inventory, store and secure Plaintiff's property and transfer Plaintiff's property to him once transferred. As a result, Plaintiff is and has been deprived of the property listed below without due process of law, violating Plaintiff's rights under the 14th Amendment to the United States Constitution. The prperties Plaintiff is missing and has been deprived of is as follows:</u>
   a) <u>Mp4 Player $89.00</u>
   b) <u>375 Songs $550.00</u>
   c) <u>White Vapor Max 2019 Shoes $200.00</u>
   d) <u>Fan $25.00</u>
   e) <u>Power Strip $18.00</u>
   f) <u>Dickie Jeans- $50.00</u>
   g) <u>Dickie Shirt - $45.00</u>

      h) <u>Personal Shirt 5, Socks 7 pairs, Facetowels 2, Bathtowels 2, Boxers 7 - $150.00</u>
      i) <u>Koss CL20 Headphones - $50.00</u>
      j) <u>Black Cross Necklace - $150.00</u>
      k) <u>Black Watch - $75.00</u>

4) Relief requested: (State briefly exactly what you want the court to do for you.)
    a) <u>A declaration that the acts and omissions described herein violated Plaintiff's Rights under the Constitution and laws of the United States.</u>
    b) <u>Compesatory damages in the the amount of $150,000 against each defendant, jointly and severally.</u>
    c) <u>Punitive damages in the amount of $500,000 against each Defendant.</u>
    d) <u>A jury on all issues triable by Jury.</u>
    e) <u>Plaintiff's costs in this Suit.</u>
    f) <u>Any additional relief this Court deems just, proper, and equitable</u>

## Exhaustion of Legal Remedies

Plaintiff Darron Fair used the Prisoner Grievence procedure available at Northeast Oklahoma Correctional Center and Joseph Harp Correctional Center to try to solve the problems. On **9-30-19** Plaintiff Darron Fair presented the facts relating to this complaint and on **11-14-19** Plaintiff Darron Fair presented the facts relating to the complaint with regards to the deprivation of Plaintiff's property. On both accounts Plaintiff Darron Fair was sent denial responses saying that the grievances had been denied. On **11-27-19** Plaintiff appealed the denial of the grievance and then on **11-20-19** the appeal of the denial of the grievance with regard to Plaintiff's property.

## VI. Declarations

I declare under penalty of perjury that the foregoing is true and correct.

*Darron Fair*                          **7-22-20**
Plaintiff's signature                     Date

I further declare under penalty of perjury that I placed this complaint in the prison's legal mail system, with the correct postage attached, on the **23** day of **July**, 2020.

_Darron Fair_  
**Plaintiff's signature**

_7-22-20_  
Date